

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2011 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 11- **CR 11 00914** |
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. § 1014: False Statement on Loan Application] |
| SANJAY KISHOR SHAH, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 1014]

On or about February 16, 2010, in Los Angeles County, within the Central District of California, and elsewhere, defendant SANJAY KISHOR SHAH ("defendant SHAH") knowingly made a material false statement for the purpose of influencing the action of Wells Fargo Bank, N.A., whose deposits were then insured by the Federal Deposit Insurance Corporation, in connection with a loan application, in that defendant SHAH stated in a Business Banking Loan and Treasury Management Application that California Management Solutions Inc., of which defendant SHAH stated he was

the Chief Executive Officer and owner, had approximately $148,000 in a Citibank checking account, account # XXXXXXX-6969, when in truth and in fact, as defendant SHAH then well knew, there was no account in the name of California Management Solutions Inc. at Citibank and it did not have approximately $148,000 in it.

A TRUE BILL

/S/
_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

*[signature]*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

BEONG-SOO KIM
Assistant United States Attorney
Chief, Major Frauds Section

STEPHEN A. CAZARES
Assistant United States Attorney
Deputy Chief, Major Frauds Section

MONICA D. MANGE
Assistant United States Attorney
Major Frauds Section